**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:15-CV-005-RLV-DCK**

**JASMINE M. SMITH, YENY E. WILLIAMS and MICHAEL W. WILLIAMS,**

**Plaintiffs,**

**v.**

**TYSON FARMS, INC., d/b/a TYSON FOODS, INC.,**

**Defendant.**

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Stay Initial Attorneys Conference And Entry Of Scheduling Order" (Document No. 10) filed March 27, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Stay Initial Attorneys Conference And Entry Of Scheduling Order" (Document No. 10) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Initial Attorney's Conference, filing of the Certificate of Initial Attorneys Conference, and entry of a scheduling order will be **STAYED** until the Court rules on Defendant's "Motion to Sever" (Document No. 8).

Signed: March 31, 2015

David C. Keesler
United States Magistrate Judge

2