**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-005-RLV-DCK**

| | |
|---|---|
| JASMINE M. SMITH, YENY E. WILLIAMS and MICHAEL W. WILLIAMS, | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) **ORDER** |
| TYSON FARMS, INC., d/b/a TYSON FOODS, INC., | ) ) ) ) |
| **Defendant.** | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, M. Ann Anderson, filed a "Certification Of ADR Session" (Document No. 18) notifying the Court that the parties reached a settlement on March 18, 2016. The Court commends the parties and Ms. Anderson for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **April 18, 2016**.

**SO ORDERED**.

Signed: March 22, 2016

David C. Keesler
United States Magistrate Judge